**01–218.   State v. Batich.**
Cuyahoga App. No. 78748. On motion for leave to file delayed appeal. Motion denied.
  MOYER, C.J., and COOK, J., dissent.

**01–233.   State v. Flinchum.**
Butler App. No. CA99–11–193. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Entry Granting Motion to Certify Conflict filed January 17, 2001, at page 2:
  "The issue for certification is whether the Fourth Amendment is contravened by warrantless entry into a home made to effect a misdemeanor arrest."
  DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.
  The conflict cases are *State v. Davis* (1999), 133 Ohio App.3d 114, 726 N.E.2d 1092; *State v. Scott M.* (1999), 135 Ohio App.3d 253, 733 N.E.2d 653; *Cleveland v. Shields* (1995), 105 Ohio App.3d 118, 663 N.E.2d 726; *State v. Banks* (Aug. 20, 1999), Hamilton App. No. C–980774, unreported, 1999 WL 632924; and *State v. Trammel* (Jan. 22, 1999), Montgomery App. No. 17196, unreported, 1999 WL 22884.

**01–240.   State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 99AP–855. On motion to modify judgments and on amended motion for stay of court of appeals' judgment. Motions denied.

**01–309.   Christe v. GMS Mgt. Co.**
Summit App. No. 18992. On motion for stay of court of appeals' judgment and motion to waive necessity of bond or, in the alternative, motion for appeal bond. Motions denied.
  MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**01–321.   State v. Bair.**
Stark App. No. 1999CA00372. On motion for stay of court of appeals' judgment. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**00–2123.   Estate of Oliver v. Dewey.**
Lake App. No. 99–L–156.
  MOYER, C.J., COOK and LUNDBERG.STRATTON, JJ., dissent.

**00–2130.   Canton v. State.**
Stark App. No. 2000CA00076.

**00–2138.   Estate of Roberts v. Zaino.**
Miami App. No. 2000CA15.
  DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–2140.   Suburban Lodges of Am., Inc. v. Columbus Graphics Comm.**
Franklin App. No. 99AP–1065.
  RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.